# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARK D. MAZZA,<br><br>       *Appellant,*<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFIATES, SERIES 2006-OA10,<br><br>       *Appellee.* | CIVIL ACTION<br>NO. 23-1876<br><br>BANKRUPTCY<br>NO. 22-13245 |

## **ORDER**

**AND NOW**, this 10th day of May 2024, upon consideration of Appellant's Brief (ECF No. 11), Appellee's Response (ECF No. 12) and the Original Bankruptcy Record (ECF No. 3), it is **ORDERED** that:

1. The Bankruptcy Court's Order granting relief from the automatic stay (Bankr. ECF No. 55) is **AFFIRMED**.

2. The Clerk of Court shall mark this case **CLOSED**.

                                                           BY THE COURT:

                                                           ***/s/ Gerald J. Pappert***
                                                           Gerald J. Pappert, J.